

| | | | |
|---|---|---|---|
| Hines v. Newborn | 16–1492 | 03/22/2017 | Affirmed in part, Reversed in part, and Remanded |
| Kaczinski v. Welch | 16–1522 | 03/22/2017 | Affirmed in part and Remanded |
| Lippstock, In re Marriage of | 16–1581 | 03/22/2017 | Affirmed |
| L.O., In re Guardianship of | 16–1598 | 03/22/2017 | Affirmed |
| K.B., In Interest of | 16–2001 | 03/22/2017 | Affirmed on both Appeals |
| O.H., In Interest of | 16–2127 | 03/22/2017 | Affirmed on both Appeals |
| H.W.F., In Interest of | 16–2134 | 03/22/2017 | Affirmed |
| Z.G., In Interest of | 16–2187 | 03/22/2017 | Affirmed |
| N.M., In Interest of | 17–0054 | 03/22/2017 | Affirmed |
| V.B., In Interest of | 17–0077 | 03/22/2017 | Affirmed |
| K.G., In Interest of | 17–0088 | 03/22/2017 | Affirmed |
| K.B., In Interest of | 17–0097 | 03/22/2017 | Affirmed |
| S.B., In Interest of | 17–0098 | 03/22/2017 | Affirmed |
| N.C., In Interest of | 17–0120 | 03/22/2017 | Affirmed |
| X.M., In Interest of | 17–0194 | 03/22/2017 | Affirmed |